DOA
09-22-25

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

FILED
2024 OCT 16 P 1:00
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 24-CR-201 |
| | [21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(B), (b)(1)(C), (b)(1)(D), & 846; 18 U.S.C. §§ 924(c)(1)(A)(i), 922(g)(1), 922(o)(1), 924(a)(2), 924(a)(8), & 2(a)] |

25-9407 MJ

DOMINIQUE WILLIAMS,
  a/k/a "Domo," a/k/a "Dom,"
  a/k/a "Hot Boy," a/k/a "Raf,"
  a/k/a "Big Pluffins,"
MALIK NICHOLS,
JERALD CAMPBELL,
  a/k/a "G," a/k/a "G-Pape,"
CHAUNCEY KING,
ANTHONY HANES,
  a/k/a "Squirrel,"
ANDRE MCKEE,
  a/k/a "Turtle,"
CHARLES BROWN,
  a/k/a "Chicken,"
DEVIN EILAND, and
EUROPE JAMES,
  a/k/a "Switch-E,"

  Defendants.

## INDICTMENT

1

## COUNT ONE

THE GRAND JURY CHARGES THAT:

1. Beginning by at least March 1, 2023, and continuing until on or about October 2, 2024, in the State and Eastern District of Wisconsin and elsewhere,

**DOMINIQUE WILLIAMS,**
a/k/a "Domo," a/k/a "Dom," a/k/a "Hot Boy," a/k/a "Raf," a/k/a "Big Pluffins,"
**MALIK NICHOLS,**
**JERALD CAMPBELL,**
a/k/a "G," a/k/a "G-Pape,"
**CHAUNCEY KING,**
**ANTHONY HANES,**
a/k/a "Squirrel,"
**ANDRE MCKEE,**
a/k/a "Turtle,"
**DEVIN EILAND, and**
**CHARLES BROWN,**
a/k/a "Chicken,"

knowingly and intentionally conspired with each other, and with other persons known and unknown to the grand jury, to possess with the intent to distribute and to distribute controlled substances, including cocaine, a Schedule II controlled substance, actual methamphetamine, a Schedule II controlled substance, marijuana, a Schedule I controlled substance, and heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

2. The amount involved in the conspiracy attributable to **DOMINIQUE WILLIAMS**, a/k/a "Domo," a/k/a "Dom," a/k/a "Hot Boy," a/k/a "Raf," a/k/a "Big Pluffins," as a result of his own conduct, and the conduct of other co-conspirators reasonably foreseeable to him, is 50 grams or more of actual methamphetamine, a

Schedule II controlled substance; and 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

3.  The amount involved in the conspiracy attributable to **MALIK NICHOLS** and **JERALD CAMPBELL** as a result of their own conduct, and the conduct of other co-conspirators reasonably foreseeable to each of them, is 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 841(b)(1)(C), 841(b)(1)(D), and 846, and Title 18, United States Code, Section 2(a).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 2, 2024, in the State and Eastern District of Wisconsin,

**MALIK NICHOLS and
ANTHONY HANES,
a/k/a "Squirrel,"**

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2(a).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 2, 2024, in the State and Eastern District of Wisconsin,

## MALIK NICHOLS

knowingly possessed a firearm in furtherance of the drug trafficking offense charged in Count Two of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2(a).

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES THAT:

1. On or about October 2, 2024, in the State and Eastern District of Wisconsin,

**MALIK NICHOLS,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a Star Model BM, 9mm pistol, bearing serial number SBM04892.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 2, 2024, in the State and Eastern District of Wisconsin,

**JERALD CAMPBELL,**
a/k/a "G," a/k/a "G-Pape,"

knowingly possessed a firearm in furtherance of the drug trafficking offense charged in Count One of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2(a).

## COUNT SIX

THE GRAND JURY FURTHER CHARGES THAT:

1. On or about August 16, 2024, in the State and Eastern District of Wisconsin,

**CHAUNCEY KING**

knowingly and intentionally possessed with intent to distribute controlled substances.

2. The offense involved a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance; a mixture and substance containing a detectable amount of Oxycodone, a Schedule II controlled substance; and 50 grams or more of actual methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C).

## COUNT SEVEN

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 2, 2024, in the State and Eastern District of Wisconsin,

**ANDRE MCKEE,**
a/k/a "Turtle,"

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT EIGHT

THE GRAND JURY FURTHER CHARGES THAT:

On or about August 21, 2024, in the State and Eastern District of Wisconsin,

**ANDRE MCKEE,**
a/k/a "Turtle,"

knowingly possessed a firearm in furtherance of the drug trafficking offense charged in Count Seven of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2(a).

## COUNT NINE

THE GRAND JURY FURTHER CHARGES THAT:

On or about August 21, 2024, in the State and Eastern District of Wisconsin,

**EUROPE JAMES,**
a/k/a "Switch-E,"

knowingly possessed and transferred a machinegun, as defined in Title 26, United States Code, Section 5845, that is, a black machinegun conversion device, also known as a "switch."

In violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).

## FORFEITURE NOTICE

1.  Upon conviction of one or more offenses in violation of Title 21, United States Code, Sections 841 and 846, the defendants shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations, including but not limited to a money judgment in the amount of proceeds the defendants obtained, directly or indirectly, as a result of the offense or offenses of conviction.

2.  If any of the property described above, as a result of any act or omission by a defendant cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

3.  Upon conviction of one or more of the offenses alleged in violation of Title 18, United States Code, Sections 922(o), 922(g)(1), or 924(c), set forth above, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in the offenses of conviction, including but not limited to a Star RM

firearm bearing serial number SBM04892; a Taurus PT firearm bearing serial number 1D121841; a P80 firearm bearing serial number CA495595; a Spikes Tactical firearm bearing serial number 006119; a Colt VZ1 firearm bearing serial number 97308727; a Colt firearm bearing serial number 36961670; a Glock firearm bearing serial number BGNG465; a Winchester firearm bearing serial number 2237125; a Mossberg firearm bearing serial number U013171; a Remington firearm bearing serial number V749892V; a Smith and Wesson firearm bearing serial number AYC1105; a Heritage firearm bearing serial number 3B4024904; a Ruger firearm bearing serial number 66109426; a Sig Sauer firearm bearing no serial number and recovered by law enforcement on or about October 2, 2024; a M&P firearm bearing serial number KDK9557; a Ruger firearm bearing serial number 31896600; a RF 15 firearm bearing serial number 2009226; a Maverick Arms firearm bearing partial serial number 1216; a Century Arms firearm bearing serial number T6472-23BY04496; a Stoeger firearm bearing serial number T6429-21516152; a Stroeger firearm bearing serial number T6429-22U20070; a Taurus firearm bearing serial number ADC447947; a Taurus firearm bearing serial number TMU66485; a FN 57 firearm bearing serial number 386344626; a Glock firearm bearing serial number BVLV924; a Glock firearm bearing serial number BSWD099; a KelTec firearm bearing an obliterated serial number and recovered by law enforcement on or about October 2, 2024; a AM 15 firearm bearing serial number 19276581; a RF 15 firearm bearing serial number 21F03900; a PLR 16 firearm bearing serial number P2C12; a RF 15 firearm bearing serial number 2087288; a Smith and Wesson firearm bearing serial number NF80235; a Smith and

Wesson firearm bearing serial number FXB9670; and a Ruger firearm bearing serial number 84347394.

A TRUE BILL:

FOREPERSON

Dated: 10/16/2024

GREGORY J. HAANSTAD
United States Attorney

AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>Dominique WILLIAMS<br>(DOB: xx/xx/1989)<br><br>*Defendant* | )<br>)<br>)  Case No.  24  MJ  187<br>)<br>)<br>)<br>) |

### ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Dominique WILLIAMS                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

   21 U.S.C. § 841(b)(1)(C) (Possession with Intent to Distribute), 21 U.S.C. § 846 (Conspiracy), and 21 U.S.C. § 843(b) (Unlawful Use of Communication Facilities).

Date:     October 1, 2024                                               *William E. Duffin*
                                                                        *Issuing officer's signature*

City and state:     Milwaukee, WI                                       Honorable William E. Duffin, U.S. Magistrate Judge
                                                                        *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                                                    _____
                                                                        *Arresting officer's signature*

                                                                        _____
                                                                        *Printed name and title*